# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>HECTOR MIGUEL-ZAMORANO,<br>JOSÉ GUADALUPE VARGAS-VARGAS,<br>ARMANDO RAMIREZ-RAMOS, and<br>EVER CARDENAS-CONEJO,<br><br>**Defendants** | NO. 5: 05-MJ-12-17 (CWH)<br><br>**VIOLATIONS: IMMIGRATION RELATED** |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day convened in the above-captioned case before the undersigned. Defendant HECTOR MIGUEL-ZAMORANO was represented by Mr. Miguel Garcia; defendant JOSÉ GUADALUPE VARGAS-VARGAS was represented by Mr. Reza Sedghi; defendant ARMANDO RAMIREZ-RAMOS was represented by Mr. William Matos; and defendant EVER CARDENAS-CONEJO was represented by Mr. Lester Miller. The United States was represented by Assistant U. S. Attorney Tamara Jarrett.

Counsel for the defendants and counsel for the United States agree that pretrial detention is appropriate as to all defendants in this proceeding based upon the fact that detainers have been placed on each by Immigration and Customs Enforcement(ICE). All defendants are citizens of Mexico and are in the United States illegally. Therefore, the court finds a serious risk of flight were they to be released from custody at this time. However, in the event the ICE detainers are lifted, the court agrees to permit counsel for the defendants and counsel for the government to present evidence in opposition to and in support of the government's motion seeking their pretrial detention.

**Accordingly, the defendants are hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  They shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendants to the United States Marshal for the purpose of an appearance in connection with a court proceeding.**

**SO ORDERED, this 4**th **day of JANUARY, 2006.**



                                                        CLAUDE W. HICKS, JR.
                                                        UNITED STATES MAGISTRATE JUDGE